Soheyl Tahsildoost (Bar No. 271294) (st@thetafirm.com)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>TESLA MOTORS, INC; Does 1-10 inclusive,<br><br>  Defendants. | Case No.: 2:21-cv-01800-ODW-AGR<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TESLA, INC'S MOTION TO COMPEL BINDING ARBITRATION**<br><br>Date: May 17, 2021<br>Time: 1:30 p.m.<br><br>Complaint Filed: February 23, 2021<br><br>Judge: Hon. Otis D. Wright, II<br>Dept: Courtroom 5D – 5th Floor |

Defendant TESLA, INC. hereby respectfully requests that, pursuant to Federal Rule of Evidence, Rule 201(b), the Court take judicial notice of the following records of the United States District Court, Central District of California, all from the above-captioned matter, Case No. 2:21-cv-01800-ODW-AGR:

1. Plaintiff Jason Alan's Complaint, filed on or about February 23, 2021, a true and correct copy of which is attached to the Declaration of Soheyl Tahsildoost as Exhibit "2."

///

1

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TESLA, INC'S MOTION TO COMPEL BINDING ARBITRATION**

1  Dated: April 8, 2021           THETA LAW FIRM, LLP

_____
SOHEYL TAHSILDOOST
Attorneys for defendant Tesla, Inc.

# PROOF OF SERVICE
## (FRCP 4(l); Code Civ. Proc., § 1013a(3) Revised 5-1-88)

I am over the age of 18, not a party to this action, and employed in the county where this mailing occurred. My business address is 15901 Hawthorne Blvd., Suite 270, Lawndale, CA 90260. On **April 8, 2021**, I served the following documents described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT TESLA, INC'S MOTION TO COMPEL BINDING ARBITRATION** on interested parties in this action by placing original/true copies thereof in sealed envelopes addressed as follows:

Jason Alan, Pro Se
291 Sequoia Ct #24
Thousand Oaks, CA 91360
818-523-7456
bizagent818@gmail.com email

☐ BY MAIL: I deposited such envelope in the mail at Lawndale, California. The envelope was mailed with proper postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said mailing is deposited with the United States Postal Service on that same day in the ordinary course of business and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the individual(s) listed on the above service list.

☒ BY ELECTRONIC TRANSMISSION: I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

☐ BY FACSIMILE TRANSMISSION: I transmitted the facsimile to the individual(s) listed on the above service list at the facsimile number listed thereon. The telephone number on the facsimile machine I used is (424) 286-2244. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the above-address. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **April 8, 2021** at Lawndale, California.

_____
Steven Correa