Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Suite 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON ALAN,

          Plaintiff,

   vs.

TESLA MOTORS, INC;  Does 1-10 inclusive,

          Defendants.

Case No.:  2:21-cv-01800-ODW-AGR

**JOINT NOTICE OF SETTLEMENT**

Judge: Hon. Otis D. Wright, II
Dept: Courtroom 5D – 5th Floor

Complaint Filed:     February 23, 2021

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

    PLEASE TAKE NOTICE that Plaintiff Jason Alan and Defendant Tesla Motors, Inc., (Collectively, "Parties"), jointly write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

    Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

    The Parties expect to file the dismissal papers within 60 days.

//

//

1

**JOINT NOTICE OF SETTLEMENT**

1

2     Dated:  June 29, 2021        PLAINTIFF

3

4                            *Jason Alan*

5                            Jason Alan

6

7

8     Dated:  June 28, 2021        THETA LAW FIRM, LLP

9

10

11                          SOHEYL TAHSILDOOST
Attorneys for defendant Tesla Motors, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**JOINT NOTICE OF SETTLEMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

Steven Correa

**JOINT NOTICE OF SETTLEMENT**